UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA SVIEZIKAS,

    Plaintiff,

v.

    Case No. 1:25-cv-467

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order of Remand entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered

Dated: December 1, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge