UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA SVIEZIKAS,

     Plaintiff,

                                    Case No. 1:25-cv-467

v.

                                    HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Plaintiff has filed an Application for Attorney's Fees under the Equal Access to Justice Act (EAJA).   The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 6, 2026, recommending that this Court grant the motion to an extent and deny her request for PACER fees.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Attorney's Fees (ECF No. 19) is GRANTED IN PART AND DENIED IN PART.  Plaintiff is awarded $5,620.51 in attorney's fees.  Plaintiff's request for PACER fees is DENIED.  Payment shall be made directly to Plaintiff.

Dated:  April 23, 2026                            /s/  Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge